IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DAVID E. HOFFMAN JR.<br>Plaintiff<br><br>v.<br><br>Homayoun Ranjijifroody *aka*<br>'Howie Jays'<br><br>Loansmarter Inc.;<br><br>Mortgage Enterprise America;<br><br>LoanSmart LLC; Tracy Jouett;<br>Ian Jouett<br>Defendants | Judge Timothy J. Kelly<br><br>C.A. 1:20-cv-01493 |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, for previously listed defendant STATE REGULATORY REGISTRY LLC (SRR) *dba* Nationwide Multistate Licensing System and Registry (NMLS) 1129 20th Street, NW, 9th Floor, Washington, D.C. 20036.

By: _____
Robert DeWitty
DeWitty and Associates
Attorney for Plaintiff
*Pro Hac Vice*
    DAVID E. HOFFMAN

By: _____
Margaret Anne Anthony
Bar Number 366642
District Court of the District of
    Columbia
Annandale, VA 22003