Homayoun Ranjijifroody Aka Howie Jays, PRO SE
20200 W Dixie Hwy Suite # 1208
Miami, FL  33180

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

JUDGE TIMOTHY J. KELLY

**C.A. 1:20-CV-01493**

| | |
|---|---|
| In the Matter of: | **MOTION TO DISMISS WITH PREJUDICE** |
| DAVID E. HOFFMAN JR. | |
| Plaintiff, | |
| vs. | |
| Homayoun Ranjijifroody aka 'Howie Jays' | |
| LoanSmarter Inc DBA LoanSmarter.com | |
| Mortgage Enterprise America Inc | |
| Defendants | |

## **MOTION TO DISMISS WITH PREJUDICE**

Comes Now, The Defendants Homayoun Ranjijifroody, AKA Howie Jays, Mortgage Enterprise America Inc, LoanSmarter Inc., DBA LoanSmarter.com herein referred to as ("Jays") for their motion to dismiss with prejudice for lack of any proper jurisdiction and venue.

-1-
MOTION TO DISMISS WITH PREJUDICE

## IMPROPER JURISDICTION AND VENUE

1. There is no personal jurisdiction over the Defendants because none of the Defendants does not reside or conduct business in the District of Columbia and have never resided or conducted business in the District of Columbia.

2. Defendant hereby requests dismissal of the case according to Rule 12(b)(2) and 12(b)(3), the Defendant in good faith requests dismissal of the case by the court due to improper jurisdiction.

3. The Venue where the court is located is improper for this case because no part of the events or omissions giving rise to the claims occurred in the District of Columbia, subject to Rule 12(b)(3).

4. The Defendant is residing and operating business in the State of Florida, as shown in the attached Exhibit "A" with a principal place of business at 20200 West Dixie Highway, Suite 1208, Miami, Florida 33180. Defendant is also Properly licensed to practice as a mortgage broker/lender in Florida. Loansmarter Inc's NMLS license shows company headquarters in Florida.  *(See Exhibit A – Loansmarter Inc – NMLS License)*

## PRAYER FOR RELIEF

WHEREFORE Defendant requests that this court:

**1.** Dismiss the case with prejudice against the Plaintiff on grounds of no personal jurisdiction and improper venue.

## **NOTICES**

1. <u>Notice.</u>  Any notice required under this Motion can be provided to Defendant LoanSmarter at the following addresses:

To the Defendant			LoanSmarter Inc DBA LoanSmarter.com
					c/o Homayoun Ranjijifroody
					AKA  Howie Jays
					20200 West Dixie Highway, Suite 1208
					Miami, Florida  33180
					ceo@loansmarter.com


I declare under the penalty of perjury under the laws of the State of Florida, that the foregoing is true and correct.  Under Federal rules of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supposed by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for requirements of Rule 11.


By: /s/ Homayoun Ranjijifroody (Howie Jays) PRO SE

<u>20200 W Dixie Hwy Ste# 1208, Miami FL 33180</u>



Dated this <u>19th Day of November 2020.</u>

-3-
MOTION TO DISMISS WITH PREJUDICE