

# LOANSMARTER INC

| NMLS ID: 1214294 | Street Address: 20200 W Dixie Hwy Suite #1208 Miami, FL 33180 <br> Mailing Address: 20200 W Dixie Hwy Suite #1208 Miami, FL 33180 | Phone: 844-945-6267 <br> Toll-Free Number: Not provided <br> Fax: 866-220-5927 | Website: www.loansmarter.com <br> Email: CEO@LOANSMARTER.COM |
|---|---|---|---|

| | |
|---|---|
| Other Trade Names : | LOANSMARTER.COM |
| Prior Other Trade Names : | MORTGAGE ENTERPRISE; MORTGAGE ENTERPRISE AMERICA; R8FIND.COM INC; US HOME FINDERS INTERNATIONAL INC. |
| Prior Legal Names : | MORTGAGE ENTERPRISE AMERICA INC; R8FIND.COM INC |
| Sponsored MLOs : | 15 |

| Fiscal Year End: 12/31 | Formed in: Florida, United States | Date Formed: 05/27/2014 | Stock Symbol: None | Business Structure: Corporation |
|---|---|---|---|---|
| Regulatory Actions : | None posted in NMLS. | | | |

## Branch Locations  (1 Active, 0 Inactive)

## State Licenses/Registrations   (Displaying 6 Active of 6 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Colorado** | Mortgage Company Registration | Yes | **Submit to Regulator** |
| **Florida** | Mortgage Broker License | Yes | **Submit to Regulator** |
| **Florida** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **Georgia** | Mortgage Broker/Processor License/Registration | Yes | **Submit to Regulator** |
| **Texas - SML** | Mortgage Company License | Yes | **Submit to Regulator** |
| **Virginia** | Broker License | Yes | **Submit to Regulator** |

| Regulatory Actions | While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link. |
|---|---|
| | No regulatory actions have been posted in NMLS. |

Information made available through NMLS Consumer Access℠ is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**