EXHIBIT A



**LoanSmarter Inc**
November 11, 2014 ·

Foreign Nationals from South America, Canada we have all the best programs for you! Contact us for more details

👍 2

👍 Like      💬 Comment      ↗ Share

Write a comment...

Press Enter to post.

EXHIBIT B



LoanSmarter Inc
December 21, 2014 ·

Foreign Nationals with as low as 20% Down Payment! We can now fund from Maine to Florida (Eastern Coast)! Contact us for more details today 305-913-7129

2

2 Shares

👍 Like          💬 Comment          ↷ Share

Write a comment...

Press Enter to post.

EXHIBIT C



EXHIBIT D



EXHIBIT E

All Changes Saved


LoanSmarter.com



Welcome From Loansmarter Team

In the application we'll learn more about you and what kind of loan you're looking for. Let's get started!

**Start Application**

Welcome

Your Info

Co-Borrower Info

Assets

Liabilities

Real Estate

Loan Info

Review & Submit

EXHIBIT F



EXHIBIT G

# nMLS consumer access

## HOMAYOUN RANJIJIFROODY

NMLS ID: 1195264    Phone: 786-800-2499        Fax: 866-220-5927

Other Names : HOWIE JAYS        Prior Other Names : HOMAYOUN JAFROODY, HOMY    Prior Legal Names : None
JAFROODY, HOMY
RANJIJIFROODY

Regulatory Actions : None posted in NMLS.

### Employment

Authorized to Represent : LOANSMARTER INC (1214294); R8FIND.COM, Inc. (1484809)        Engaged in other businesses : Yes

| From | To | Employer | Position | City | State | Zip Code | Financial Services |
|------|------|----------|----------|------|-------|----------|--------------------|
| 11/2019 | Present | LOANSMARTER INC | LOAN ORIGINATOR | Spring | TX | 77386 | Yes |
| 08/2018 | Present | LOANSMARTER INC | PRESIDENT | Miami | FL | 33180 | Yes |
| 04/2016 | Present | R8find.com, Inc. | Loan Originator | MIAMI | FL | 33180 | Yes |
| 05/2014 | 08/2018 | MORTGAGE ENTERPRISE AMERICA INC | CEO/DIRECTOR | SUNNY ISLES BEACH | FL | 33160 | Yes |
| 03/2012 | 05/2014 | MORTGAGE ENTERPRISE CANADA INC | PRESIDENT/CEO | RICHMOND HILL | Canada - Ontario | L4B0A9 | Yes |
| 07/2008 | 03/2012 | FINANCIAL ENTERPRISE CORP | PRINCIPAL BROKER | RICHMOND HILL | Canada - Ontario | L4B 0A9 | Yes |
| 07/2004 | 07/2008 | MORTGAGE ALLIANCE COMPANY OF CANADA | MORTGAGE SPECIALIST | NORTH YORK | Canada - Ontario | M2J 5B4 | Yes |

### Office Locations

| Company | NMLS ID | Type | Street Address | City | State | Zip Code | Start Date |
|---------|---------|------|----------------|------|-------|----------|------------|
| LOANSMARTER INC | 1214294 | Main | 20200 W Dixie Hwy Suite #1208 | Miami | FL | 33180 | 09/09/2014 |
| R8FIND.COM, Inc. | 1484809 | Main | 20200 W Dixie Hwy Suite #1208 | Miami | FL | 33180 | 06/10/2016 |
| LOANSMARTER INC | 1924697 | Branch | 24624 Interstate 45 North Suite 200 | Spring | TX | 77386 | 11/21/2019 |

### State Licenses/Registrations  (Displaying 5 Active, 1 Inactive of 6 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|-----------|--------------|-------------------------------|--------------------|
| **California - DBO** | Mortgage Loan Originator License | Yes | **Submit to Regulator** |
| **Florida** | Mortgage Loan Originator License | Yes | **Submit to Regulator** |
| **Georgia** | Mortgage Loan Originator License | Yes | **Submit to Regulator** |
| **North Carolina** | Mortgage Loan Originator License | No | **Submit to Regulator** |
| **Texas - SML** | Mortgage Loan Originator | Yes | **Submit to Regulator** |
| **Virginia** | Mortgage Loan Originator License | Yes | **Submit to Regulator** |

Regulatory Actions        While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.