IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DAVID E. HOFFMAN JR.<br>    Plaintiff<br><br>v.<br><br>Homayoun Ranjijifroody *dba* Mortgage Enterprise America Inc. *aka* Loansmarter Inc. *dba* Loansmarter.com, Loansmart Capital LLC, and Howie Jays;<br><br>Iam Jouett and Tracy Lynn Jouett *dba* LoanSmart LLC<br>    Defendants | Judge Timothy J. Kelly<br><br>C.A. 1:20-cv-01493<br><br>Date:   TBD<br>Time:   TBD<br><br>Complaint Filed:   June 1, 2020 |

DECLARATION OF ROBERT DEWITTY

I, Robert DeWitty, declare as follows:

1.      On or about December 3, 2020, I accessed the Facebook page operated by Defendant Ranjijifroody, which included multiple references to the mark "Loansmarter". I screenshot several images from the Facebook page, which are hereby reproduced as Exhibits A-F.

2.      On or about December 3, 2020, I accessed the database of the Nationwide Multi-State Licensing System ("NMLS") and performed a search for RANJIJIFROODY. I located the result from the search, which is hereby reproduced as Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of December 2020 in Washington, D.C., USA.

_____
Robert DeWitty