UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2020 DEC 20  P 4: 40

| | |
|---|---|
| David E. Hoffman Jr. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:20-CV-01493-TJK |
| Homayoun Ranjijifroody aka "Howie Jays:"; | ) |
| | ) |
| Loansmarter Inc.; | ) |
| | ) |
| Mortgage Enterprise America; | ) |
| | ) |
| Tracy Jouett and Ian Jouett; | ) |
| | ) |
| LoanSmart LLC. | ) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF THE COURT:

Plaintiff David E. Hoffman Jr. hereby requests that, pursuant to Federal Rule of Civil Procedure 55(a), that the Clerk enter Default in this action against Homayoun Ranjijifroody aka Howie Jays; Loansmarter Inc.; Mortgage Enterprise America; Tracy Jouett; Ian Jouett; and LoanSmart LLC (collectively Defendants) because the Defendants have failed to appear or otherwise respond to the Plaintiff's First Amended Complaint within the time prescribed in the Federal Rules of Civil Procedure, and the deadlines ordered by this Court.

As set forth in the attached declarations of myself, David E. Hoffman Jr (Plaintiff in the case), Mr. Robert DeWitty (Counsel for Plaintiff) and Margaret Anne Anthony (Counsel for Plaintiff) through Warren Sua (Process Server #2437) personally served the First Amended Complaint on October 26, 2020. Plaintiff filed a sworn proof of service of summons with this Court on October 30, 2020 (Docket No. 16 & 17). Defendants'



Homayoun Ranjijifroody aka Howie Jays, Loansmarter Inc. aka Mortgage Enterprise America's appearance and answer was due on November 16th, 2020. *See* Federal Rules of Civil Procedure 15(a)(4).

As set forth in the attached declaration of Mr. Robert Dewitty (Counsel for Plaintiff), served via certified mail receipt #7020 0090 0001 3002 4705, the First Amended Complaint on November 14, 2020 pursuant to FRCP 4(e)(1), FRCP 4(h)(1)(A) and (B) and Colorado Statue (C.R.S.) sec. 7-90-704(2)(a) and (c) . Plaintiff filed a sworn proof of service of summons with this Court on November 18, 2020 (Docket No. 22, 23, 24). Defendants' Tracy Jouett, Ian Jouett, and LoanSmart LLC's appearance and answer was due on December 5th 2020. *See* Federal Rules of Civil Procedure 15(a)(4).

As further set forth in Plaintiff Hoffman's Declaration attached, defendants' Loansmarter Inc., Mortgage Enterprise America are corporations and LoanSmart LLC is a limited liability company; and further defendants' Homayoun Ranjijifroody aka Howie Jays; Tracy Jouett and Ian Jouett are neither minors, incompetent persons, nor persons actively serving in the military and deployed consistent with Federal Rule of Civil Procedure 55(b).

Accordingly, the Clerk should enter the defendants' Default as requested.

Dated: December 19, 2020

                                              Respectfully submitted,
                                              David E Hoffman Jr., Pro Se
                                              By:____/s/ David E. Hoffman Jr.___

## DECLARATION OF PLAINTIFF DAVID E. HOFFMAN JR.

1.    My name is David E. Hoffman Jr. I am the Plaintiff in the herein case 1:20-CV-01493-TJK. I have initiated this case Pro Se initially, and have retained legal counsel to represent me in the above case and the attorneys of record in this matter are Mr. Robert Dewitty, Esq., and Mrs. Margaret Anne Anthony, Esq. I am the owner of the Federally registered trademark #3,470,271 ("271" mark) 'LOANSMART' with the U.S. Patent and Trademark Office which is valid, enforceable, and incontestable. I know the facts stated here are of my own personal knowledge and, if called to do so, I, as well as my counsel could and would testify competently to them.

2.    A special situation requires me to intervene on my own behalf, Pro Se. Due to the imminent threats of Federal Government shutdown relating to funding and budget concerns beyond my control, and Covid-19 pandemic risks; there is no time for me to respond prior to the government shutdown using my retained counsel. I am not able to meet with my legal counsel to review my case documents, confer on the case, and discuss possible actions. The U.S. government may be shutdown, and when it would re-open is unknown. Should proceedings in the case be stalled, suspended, or extended further, more time could be allowed to go by, allowing defendants to continue to use my mark unjustly. For these unusual and extraordinary reasons, I intervene on my own behalf Pro Se. I have a firm desire to respect the court's deadlines, and have not waived my right to a speedy trial nor consented to any waiver of the court's deadlines in either this case, or the affiliated case before the USPTO Trademark Trial and Appeal Board Proceeding #92073759.

3.    I am the owner of the federally registered trademark with the U.S. Patent and Trademark Office ("USPTO") No. 3,470,271 ("271" mark) for the mark "LOANSMART" which is valid, enforceable and being more than 5 years from initial registration unchallenged has become 'uncontestable'. See Registration #3,470,271 – Notice of Acceptance by USPTO dated 01/16/2015.

4.    Defendants' Ian Jouett, Tracy Jouett, LoanSmart LLC., and Homayoun Ranjijifroody aka Howie Jays, Mortgage Enterprise America Inc., aka Loansmarter Inc have applied for registration of Plaintiff's "271" LOANSMART mark and were denied by the U.S. Patent and Trademark Office citing "…refusal 2(d) likelihood of confusion" with a known registered trademark namely Plaintiff's mark. See USPTO Office Action letters

dated 11/28/2018 for Serial No. 88069169 (Jouett Application) and Official USPTO "..Failure To Timely Respond" letter dated 07/15/2019; and "...Final Refusal to Register – Likelihood of Confusion" dated 09/20/2019 for Serial No. 88192660 (Ranjijifroody/Jays/Mortgage Enterprise America/Loansmarter Inc Application) . Defendant Ranjijifroody/Jays, and Mortgage Enterprise America Inc aka Loansmarter Inc. through legal counsel Francis Ciaramella Esq., filed a Petition to Cancel Plaintiff's registered mark after the USPTO's deadline to respond. Both deadlines established by the USPTO for the defendants were not met.

5.   Defendants Ranjijifroody aka Jays, and Mortgage Enterprise America Inc aka Loansmarter Inc have been represented by counsel, namely Francis Ciaramella Esq., since as early as 07/17/2019. See USPTO Response to Office Action Dated 07/19/2019 for application serial no. 88192660.

6.   Defendants Ian Jouett, Tracy Jouett, and LoanSmart LLC response to the Plaintiff's First Amended Complaint was due on December 5th, 2020. Despite further notices through emails, defendants had not filed a response or entered an appearance prior to the court's deadline of December 5th, 2020.

7.   Defendant Ian Jouett also did not file a response prior to the deadline for his application no. 88069169 prior to the USPTO deadline.

8.   Defendant Ranjijifroody aka Jays, and Mortgage Enterprise America Inc aka Loansmarter Inc.'s response to the Plaintiff's First Amended Complaint was due on November 16th, 2020. Despite Plaintiff's prior discussions with defendants counsel Pro Se, Mr. Ciaramella, Esq. as early as 06/04/2020 per the USPTO Trademark Trial and Appeal Board Conference, Discovery, Disclosure and Trial Schedule, Defendant Ranjijifroody aka Jays, and Mortgage Enterprise America Inc aka Loansmarter Inc did not file answer prior to the court deadline of December 5th, 2020.

9.   Defendant Ranjijifroody aka Jays, and Mortgage Enterprise America Inc aka Loansmarter Inc did not file a response to the USPTO's Office Action letter prior to the deadline due within 6 months from the TEAS time stamp, even though they retained counsel. Nor did the defendants request an extension of time to respond to the USPTO's

Office Action Letter. In the alternative, the defendants filed a cancellation proceeding against Plaintiff's "271" mark.

10.   Defendants Mortgage Enterprise America Inc aka Loansmarter Inc are corporations. Defendant LoanSmart LLC is a limited liability company. Neither is a minor nor incompetent person.

11.   Defendants Homayoun Ranjijifroody aka Howie Jays, Tracy Jouett and Ian Jouett, are neither minors or incompetent persons.

12.   I have not agreed to an extension of additional time for the above defendants to respond past the court's deadlines, nor waived any rights pursuant to F.R.C.P 55(a) or (b). Plaintiff does NOT CONSENT to a waiver of court's deadlines and opposes motions contrary to Plaintiff explicit consent. There is an established pattern of 'bad faith' by the defendants which prohibits any further delays and my rights under Federal law continue to be prejudiced, namely the rights afforded to me by federal registration of a trademark with the USPTO with my "271" mark.

Ranjijifroody aka Jays and Mortgage Enterprise America Inc aka Loansmarter Inc through legal counsel, Mr. Ciaramella, Esq. had more than enough time to prepare and respond to this case before this court and adhere to the court deadlines as well as the time they had to respond to the USPTO's Office Actions before their deadlines, but failed to do so in both legal matters.

13.   The Jouetts (Tracy and Ian), and LoanSmart LLC had more than enough time to respond and retain counsel as well as answer to the Plaintiff's First Amended Complaint compliant with this court's deadline. Mr. Jouett has more than enough time (6 months) to respond to the USPTO's Office Action Letter deadline but failed to do so, in both legal matters.

Executed this 19th day of December in the District of Columbia, United States of America. I declare under penalty of perjury that the statement set forth above is true and accurate.

*David E. Hoffman Jr.*
David E. Hoffman Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2020, a true and correct copy of the foregoing Request for Entry of Default, and Declarations of David E. Hoffman Jr (Plaintiff), Robert DeWitty (Counsel for Plaintiff), and Margaret Anne Anthony (Counsel for Plaintiff) was filed with the court, and a copy mailed to the following:

Mr. Francis Ciaramella, Esq.
(Attorney for Homayoun Ranjijifroody aka Howie Jays & Mortgage Enterprise America Inc aka Loansmarter Inc)
110 Front Street Suite 300
Jupiter, FL 33477

Minturn Wright, Esq.
Shannon Mullins & Wright LLP
124 S. Royal Street
Alexandria, VA 22314
(Attorney for Tracy Jouett, Ian Jouett and LoanSmart LLC)

Carl A. Hjort, III, Esq.
Byron A. Bilicki, Esq.
The Bilicki Law Firm, P.C.
1285 North Main Street
Jamestown, NY 14701
(Attorneys for Tracy Jouett, Ian Jouett and LoanSmart LLC and Homayoun Ranjijfroody aka Howie Jays, Loansmarter Inc and Mortgage Enterprise America Inc.