AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C.A. 1:20-cv-01493

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Loansmarter Inc.
was received by me on *(date)* 10/21/2020 .

☑ I personally served the summons on the individual at *(place)* HOMAYOON RANJIJIFROODY AS RA 17301 BISCAYNE BLVD, #1103, AVENTURA, FL 33160 on *(date)* 10/26/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 4.10 for travel and $ 80 for services, for a total of $ 84.10 .

I declare under penalty of perjury that this information is true.

Date: 10/26/2020

*Server's signature*

WARREN SUA PROCESS SERVER #2437
*Printed name and title*

3389 SHERIDAN ST., #305, HOLLYWOOD, FL 33021
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C.A. 1:20-cv-01493

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Homayoun Ranjijifroody
was received by me on *(date)* 10/21/2020.

☑ I personally served the summons on the individual at *(place)* 17301 BISCAYNE BLVD. #1103, AVENTURA, FL 33160 on *(date)* 10/26/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 4.10 for travel and $ 50 for services, for a total of $ 54.10.

I declare under penalty of perjury that this information is true.

Date: 10/26/2020

*Server's signature*

WARREN SUA    PROCESS SERVER  #2437
*Printed name and title*

3389 SHERIDAN ST. #305, HOLLYWOOD, FL. 33021
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C.A. 1:20-cv-01493

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Loansmarter Inc.
was received by me on *(date)* 10/21/2020.

☑ I personally served the summons on the individual at *(place)* HOMAYOUN RANJIJIFROODY AS RA 17301 BISCAYNE BLVD. #1103, AVENTURA, FL 33160 on *(date)* 10/26/2020; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 4.10 for travel and $ 80 for services, for a total of $ 84.10

I declare under penalty of perjury that this information is true.

Date: 10/26/2020

*Server's signature*

WARREN SUA PROCESS SERVER #2437
*Printed name and title*

3389 SHERIDAN ST., #305, HOLLYWOOD, FL 33021
*Server's address*

Additional information regarding attempted service, etc:

Case 1:20-cv-01493-TJK   Document 17   Filed 10/30/20   Page 2 of 2
Case 1:20-cv-01493-TJK   Document 37-1   Filed 12/21/20   Page 4 of 14

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C.A. 1:20-cv-01493

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Homayoun Ranjijifroody

was received by me on *(date)* 10/21/2020.

☑ I personally served the summons on the individual at *(place)* 17301 BISCAYNE BLVD. #1103, AVENTURA, FL 33160 on *(date)* 10/26/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 4.10 for travel and $ 50 for services, for a total of $ 54.10.

I declare under penalty of perjury that this information is true.

Date: 10/26/2020

*Server's signature*

WARREN SUA    PROCESS SERVER #2437
*Printed name and title*

3389 SHERIDAN ST. #305, HOLLYWOOD, FL, 33021
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C.A. 1:20-cv-01493

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Loansmart LLC
was received by me on *(date)* n/a .

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
 , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
 on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify)*: Defendant Loansmart LLC, via its registered agent Ian Jouett, was served via certified mail, mailed November 7, 2020 (Exhibit A).

My fees are $ for travel and $ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: November 18, 2020

*Server's signature*

Robert DeWitty, Attorney for Plaintiff Hoffman
*Printed name and title*

700 12th Street, Ste. 700
PMB 95003
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

In accordance with FRCP 4(e)(1) and Colorado Statute (C.R.S.) sec. 7-90-704(2)(a) and (c) (copy attached herewith). Mr. Ian Jouett, as registered agent, received notice of the certified mail and service was perfected as it is presently five days post mailing

EXHIBIT A

# USPS Tracking®



Track Another P

**Tracking Number:** 70200090000130024705

Your item arrived at the LOUVIERS, CO 80131 post office at 8:32 am on November 14, 2020 and is ready for pickup.

## Available for Pickup

November 14, 2020 at 8:32 am
Available for Pickup
LOUVIERS, CO 80131

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**November 14, 2020, 8:32 am**
Available for Pickup
LOUVIERS, CO 80131
Your item arrived at the LOUVIERS, CO 80131 post office at 8:32 am on November 14, 2020 and is ready for pickup.

**November 9, 2020, 1:09 pm**
Available for Pickup
LOUVIERS, CO 80131

November 9, 2020, 1:06 pm
Arrived at Unit
LOUVIERS, CO 80131

November 9, 2020
In Transit to Next Facility

November 8, 2020, 11:48 pm
Arrived at USPS Regional Destination Facility
DENVER CO NETWORK DISTRIBUTION CENTER

November 8, 2020, 12:02 am
Departed USPS Regional Origin Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

November 8, 2020, 12:00 am
Arrived at USPS Regional Origin Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

November 7, 2020, 2:07 pm
Departed Post Office
WASHINGTON, DC 20003

November 7, 2020, 11:24 am
USPS in possession of item
WASHINGTON, DC 20003

Feedback

**Product Information**

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Document: C.R.S. 7-90-704

# C.R.S. 7-90-704

Copy Citation

Current through all laws passed during the 2020 Legislative Session

**CO - Colorado Revised Statutes Annotated** **TITLE 7. CORPORATIONS AND ASSOCIATIONS** **CORPORATIONS AND ASSOCIATIONS** **ARTICLE 90. COLORADO CORPORATIONS AND ASSOCIATIONS ACT** **PART 7. REGISTERED AGENT - SERVICE OF PROCESS - CHANGE OF PRINCIPAL OFFICE**

## 7-90-704. Service on entities

**(1)** The registered agent of an entity is an agent of the entity authorized to receive service of any process, notice, or demand required or permitted by law to be served on the entity. The registered agent of an entity is an agent of the entity to whom the secretary of state may deliver any form, notice, or other document with respect to the entity under this title, unless otherwise specified by an organic statute.

**(2)** If an entity that is required to maintain a registered agent pursuant to this part 7 has no registered agent, or if the registered agent is not located under its registered agent name at its registered agent address, or if the registered agent cannot with reasonable diligence be served, the entity may be served by registered mail or by certified mail, return receipt requested, addressed to the entity at its principal address. Service is perfected under this subsection (2) at the earliest of:

**(a)** The date the entity receives the process, notice, or demand;

**(b)** The date shown on the return receipt, if signed on behalf of the entity; or

**(c)** Five days after mailing.

**(3)** This section does not prescribe the only means, or necessarily the required means, of serving an entity in this state.

## History

**Source: L. 2003:** Entire part added, p. 2304, § 217, effective July 1, 2004. **L. 2004:** (1) amended, p. 1491, § 234, effective July 1. **L. 2007:** IP(2) amended, p. 244, § 38, effective May 29.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C.A. 1:20-cv-01493

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tracy Jouett
was received by me on *(date)* n/a

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify)*: Defendant Tracy Jouett was served via certified mail, with a mailing date of November 7 2020 (Exhibit A).

My fees are $ for travel and $ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: November 18, 2020

*Server's signature*

Robert DeWitty, Attorney for Plaintiff Hoffman
*Printed name and title*

700 12th Street, Ste. 700
PMB 95003
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

In accordance with FRCP 4(e)(1) and Colorado Rules of Civil Procedure 5(b)(2)(B), a copy of all documents were mailed to the last known address of Defendant Tracy Jouett.

EXHIBIT A

# USPS Tracking®

Track Another

**Tracking Number:** 70200090000130024682

Your item arrived at the LOUVIERS, CO 80131 post office at 8:32 am on November 14, 2020 and is ready for pickup.

## Available for Pickup

November 14, 2020 at 8:32 am
Available for Pickup
LOUVIERS, CO 80131

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**November 14, 2020, 8:32 am**
Available for Pickup
LOUVIERS, CO 80131
Your item arrived at the LOUVIERS, CO 80131 post office at 8:32 am on November 14, 2020 and is ready for pickup.

**November 9, 2020, 1:09 pm**
Available for Pickup
LOUVIERS, CO 80131

**November 9, 2020, 1:06 pm**
Arrived at Unit
LOUVIERS, CO 80131

**November 9, 2020**
In Transit to Next Facility

**November 8, 2020, 11:47 pm**
Arrived at USPS Regional Destination Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**November 8, 2020, 12:01 am**
Arrived at USPS Regional Origin Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**November 7, 2020, 2:07 pm**
Departed Post Office
WASHINGTON, DC 20003

**November 7, 2020, 11:24 am**
USPS in possession of item
WASHINGTON, DC 20003

Feedback

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C.A. 1:20-cv-01493

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ian Jouett
was received by me on *(date)* n/a

☐ I personally served the summons on the individual at *(place)*
on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☑ Other *(specify)*: Defendant Ian Jouett was served via certified mail, with a mailing date of November 7 2020 (Exhibit A).

My fees are $ for travel and $ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: November 18, 2020

*Server's signature*

Robert DeWitty, Attorney for Plaintiff Hoffman
*Printed name and title*

700 12th Street, Ste. 700
PMB 95003
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

In accordance with FRCP 4(e)(1) and Colorado Rules of Civil Procedure 5(b)(2)(B), a copy of all documents were mailed to the last known address of Defendant Ian Jouett

EXHIBIT A

# USPS Tracking®

**Track Another Package**

**Tracking Number:** 70200090000130024699

Your item arrived at the LOUVIERS, CO 80131 post office at 8:32 am on November 14, 2020 and is ready for pickup.

## Available for Pickup

November 14, 2020 at 8:32 am
Available for Pickup
LOUVIERS, CO 80131

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**November 14, 2020, 8:32 am**
Available for Pickup
LOUVIERS, CO 80131
Your item arrived at the LOUVIERS, CO 80131 post office at 8:32 am on November 14, 2020 and is ready for pickup.

**November 9, 2020, 1:09 pm**
Available for Pickup
LOUVIERS, CO 80131

**November 9, 2020, 1:06 pm**
Arrived at Unit
LOUVIERS, CO 80131

**November 9, 2020**
In Transit to Next Facility

**November 8, 2020, 11:23 pm**
Arrived at USPS Regional Destination Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**November 7, 2020, 11:55 pm**
Arrived at USPS Regional Origin Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**November 7, 2020, 2:07 pm**
Departed Post Office
WASHINGTON, DC 20003

**November 7, 2020, 11:24 am**
USPS in possession of item
WASHINGTON, DC 20003

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**