# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David E. Hoffman, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-01493-TJK |
| ) | |
| Homayoun Ranjijifroody, aka "Howie Jays"; ) | **RESPONSE IN OPPOSITION** |
| ) | **TO THE MOTION FOR A** |
| Loansmarter Inc.; ) | **CLERK'S ENTRY OF** |
| ) | **DEFAULT** |
| Mortgage Enterprise America; ) | |
| ) | |
| LoanSmart LLC, Tracy Jouette and Ian Jouette ) | |
| 6415 3rd Street ) | |
| Louviers, CO 80131, ) | |
| ) | |
| Defendants. ) | |

Defendants Homayoun Ranjijifroody aka "Howie Jays," Loansmarter Inc., Mortgage Enterprise America (collectively, "the Loansmarter Defendants"), Tracy Jouett, Ian Jouett and LoanSmart LLC (collectively, "the LoanSmart Defendants") (all of the foregoing, collectively, "the Defendants"), respectfully submit the following Response in Opposition to the Motion for the Clerk's Entry of Default filed by David Hoffman Jr., *pro se*, ("Hoffman") on December 21, 2020.

Hoffman's Motion for a Clerk's Entry of Default should be denied, because none of the Defendants are in default.  In his Motion for the Clerk's Entry of Default, Hoffman argued that the Defendants "failed to appear of otherwise respond to the Plaintiff's First Amended Complaint within the time prescribed in the Federal Rules of Civil Procedure, and the deadlines ordered by this Court."  This claim is factually untrue.

Hoffman filed a First Amended Complaint on October 12, 2020.  On November 19, 2020, the Loansmarter Defendants filed a Motion to Dismiss the First Amended Complaint.  That motion is pending before the Court.  On December 22, the Court issued a Minute Order granting the Loansmarter Defendants' Motion for Extension of Time (ECF document #36) and set the due

date for the Loansmarter Defendants' Reply in Support of their Motion to Dismiss to January 13, 2021. Thus, the Loansmarter Defendants are by definition not in default.

Similarly, the LoanSmart Defendants are also not in default. Hoffman filed a proof of service[1] on the LoanSmart Defendants claiming that answer was due from the LoanSmart Defendants on December 5, 2020. However, the LoanSmart Defendants filed a motion[2] on December 11, 2020, in accordance with the Court's Standing Order, requesting an extension of time to answer or otherwise respond to the First Amended Complaint and on December 22, the Court issued a Minute Order granting the LoanSmart Defendant's Unopposed Motion for Extension of Time (ECF document #35). The due date for the LoanSmart Defendant's Answer to the First Amended Complaint is January 5, 2021. Thus, the LoanSmart Defendants are by definition not in default.

For the reasons presented herein, and because none of the Defendants are in default, the Defendants respectfully request that the Court DENY the Plaintiffs' Motion for a Clerk's Entry of Default.

Respectfully submitted,

/s/ Minturn Wright
Minturn Wright (Bar No. 455823)
SHANNON MULLINS & WRIGHT LLP
124 S. Royal Street
Alexandria, Virginia 22314
Phone: (571) 620-1930
Fax: (571) 620-1931
**Counsel for the Defendants**

---

[1] The LoanSmart Defendants contend that Hoffman's service of the First Amended Complaint by certified mail in Colorado was improper, because Colorado does not allow for service by this method.

[2] Hoffman and the LoanSmart Defendants filed a joint stipulation on December 4, 2020, requesting an extension of time to answer or otherwise plead to the First Amended Complaint; however, the Court issued an order on December 8, 2020, requiring the LoanSmart Defendants to file a motion seeking such extension.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of January, 2021, a true and correct copy of the foregoing RESPONSE IN OPPOSITION TO THE MOTION FOR A CLERK'S ENTRY OF DEFAULT was electronically filed via CM/ECF in the United States District Court for the District of Columbia, and thereafter electronically served upon:

Robert Dewitty
DEWITTY AND ASSOCIATES
700 Pennsylvania Avenue, SE
2nd Floor
Washington, DC 20003
202-380-9609
Email: admin@dewittyip.com

Margaret Anne Anthony
7401 Eastmoreland Road
Suite 714
Annandale, VA 22003
(571) 263-1573
Email: margaretanthony31@yahoo.com

/s/Minturn Wright