UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David E. Hoffman, Jr., | ) |
|                Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-01493-TJK |
| Homayoun Ranjijifroody, aka "Howie Jays"; | ) |
| Loansmarter Inc.; | ) |
| Mortgage Enterprise America; | ) |
| LoanSmart LLC, Tracy Jouette and Ian Jouette, | ) |
|                Defendants. | ) |

**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT BY DEFENDANTS LOANSMART LLC, TRACY JOUETT, AND IAN JOUETT**

Defendants LoanSmart LLC ("LoanSmart"), Tracy Jouett, and Ian Jouett, by and through counsel, hereby move the Court to dismiss Plaintiff Hoffman's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2).

As set forth in the accompanying Memorandum in Support, this Court lacks personal jurisdiction over LoanSmart, Tracy Jouett, and Ian Jouett, and the claims against them should accordingly be dismissed.

WHEREFORE, Defendants LoanSmart, Tracy Jouett, and Ian Jouett respectfully request this Court to dismiss the First Amended Complaint's claims against them.

Dated: January 5, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Minturn Wright
　　　　　　　　　　　　　　　　　　　　Minturn Wright (Bar No. 455823)
　　　　　　　　　　　　　　　　　　　　SHANNON MULLINS & WRIGHT LLP
　　　　　　　　　　　　　　　　　　　　124 S. Royal Street
　　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　　Phone: (571) 620-1930
　　　　　　　　　　　　　　　　　　　　Fax: (571) 620-1931

　　　　　　　　　　　　　　　　　　　　/s/Carl A. Hjort, III
　　　　　　　　　　　　　　　　　　　　Carl A. Hjort, III (pending admission *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Byron A. Bilicki (pending admission *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　The Bilicki Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　1285 North Main Street
　　　　　　　　　　　　　　　　　　　　Jamestown, NY 14701
　　　　　　　　　　　　　　　　　　　　Phone: (716) 664-5600
　　　　　　　　　　　　　　　　　　　　Fax: (716) 664-5606

　　　　　　　　　　　　　　　　　　　　***Counsel for the Defendants LoanSmart LLC, Tracy Jouett and Ian Jouett***

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021, the foregoing Motion to Dismiss was electronically filed via CM/ECF in the United States District Court for the District of Columbia, and thereafter electronically served upon:

Robert Dewitty
DEWITTY AND ASSOCIATES
700 Pennsylvania Avenue, SE
2nd Floor
Washington, DC 20003
202-380-9609
Email: admin@dewittyip.com

Margaret Anne Anthony
7401 Eastmoreland Road
Suite 714
Annandale, VA 22003
(571) 263-1573
Email: margaretanthony31@yahoo.com

/s/ Minturn Wright