# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David E. Hoffman, Jr., | ) |
|                 Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-01493-TJK |
| Homayoun Ranjijifroody, aka "Howie Jays"; | ) |
| Loansmarter Inc.; | ) |
| Mortgage Enterprise America; | ) |
| LoanSmart LLC, Tracy Jouette and Ian Jouette, | ) |
|                 Defendants. | ) |

## **[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2021, upon consideration of the Motion to Dismiss, ECF No. ___, filed on behalf of Defendants LoanSmart LLC ("LoanSmart"), Tracy Jouett, and Ian Jouett, and the related papers, the Motion is hereby **GRANTED**.

**SO ORDERED.**

                                                                            _____
                                                                           TIMOTHY J. KELLY
                                                                           United States District Judge

Dated: _____, 2021