UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David E. Hoffman, Jr. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>) Case No. 1:20-cv-01493-TJK<br>Homayoun Ranjijifroody *aka* "Howie Jays; )<br>)<br>Loansmarter Inc.; )<br>)<br>Mortgage Enterprise America; )<br>)<br>LoanSmart LLC, Tracy Jouett and Ian Jouett )<br>)<br>    Defendants. )<br>)<br>) | |

### DECLARATION OF TRACY JOUETT

 I, TRACY JOUETT , pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct, unless stated upon information and belief:

 1. I am one of the Defendants in this action, and currently reside at 6415 3rd Street, Louviers, Colorado 80131. This declaration is based upon my personal knowledge of the matters set forth herein.

 2. I respectfully submit this declaration in support of Defendants LoanSmart LLC's ("LoanSmart") Tracy Jouett's, and Ian Jouett's motion to dismiss this action for lack of personal jurisdiction.

3. I am a mortgage broker. As such, I am required to obtain and have obtained a license from the Nationwide Multistate Licensing System ("NMLS"), which assigns a unique identifier, the NMLS ID, to each mortgage broker.

4. I first received my NMLS ID in 2013.

5. An NMLS ID must be renewed annually in order to remain active.

6. I have renewed my NMLS every year since 2013, via the internet from a computer located in Colorado.

7. This renewal has been my only contact with the NMLS.

8. None of the business activities I have engaged in or presently engage in on behalf of defendant LoanSmart, myself, or any other person or entity take place in the District of Columbia.

9. I do not derive income from the District of Columbia.

10. I do not contract to supply services in the District of Columbia myself, or on behalf of LoanSmart or any other person or entity.

11. I neither own nor lease any real property in the District of Columbia.

12. I have no employees who reside in the District of Columbia.

13. I have no bank accounts in the District of Columbia, in my name alone or with another person or entity.

14. I pay no taxes to the government of the District of Columbia.

15. I have not attended any trade shows on behalf of defendant LoanSmart, or any other person or entity, in the District of Columbia.

Dated: 1/5/21

TRACY JOUETT