UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David E. Hoffman, Jr. <br><br> Plaintiff <br><br> v. <br><br> Homayoun Ranjijifroody *aka* "Howie Jays; <br><br> Loansmarter Inc.; <br><br> Mortgage Enterprise America; <br><br> LoanSmart LLC, Tracy Jouett and Ian Jouett <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:20-cv-01493-TJK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION OF LOANSMART LLC

I, IAN JOUETT, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct, unless stated upon information and belief:

1. I am the owner and President of Defendant LoanSmart LLC ("LoanSmart"). I have held that position since 2012. I reside in Louviers, Colorado. This declaration is based upon my personal knowledge of the matters set forth herein and the business records maintained by LoanSmart.

2. I respectfully submit this declaration in support of LoanSmart's motion to dismiss this action for lack of personal jurisdiction.

3. LoanSmart is organized under the laws of the state of Colorado, with its principal place of business in Louviers, Colorado. It is a closely held company.

4. LoanSmart is a mortgage broker. As such, it is required to obtain and has obtained a license from the Nationwide Multistate Licensing System ("NMLS"), which assigns a unique identifier, the NMLS ID, to each mortgage broker.

5. LoanSmart first received its NMLS ID in 2013.

6. An NMLS ID must be renewed annually in order to remain active.

7. LoanSmart has renewed its NMLS every year since 2013, via the internet from a computer located in Colorado.

8. This renewal has been LoanSmart's only contact with the NMLS.

9. LoanSmart does not engage in business activities in the District of Columbia.

10. LoanSmart does not derive income from the District of Columbia.

11. LoanSmart does not contract to supply services in the District of Columbia

12. LoanSmart does not own or lease any real property in the District of Columbia.

13. LoanSmart has no employees who reside in the District of Columbia.

14. LoanSmart has no bank accounts in the District of Columbia.

15. LoanSmart does not pay any taxes to the government of the District of Columbia.

16. On information and belief, this dispute has no connection to any activities of LoanSmart within the District of Columbia.

Dated: 1-3-2021

_____
IAN JOUETT
PRESIDENT
LOANSMART LLC