UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. HOFFMAN JR.,<br><br>   *Plaintiff*,<br><br> v.<br><br>STATE REGULATORY REGISTRY, LLC (SRR) *et al.*,<br><br>   *Defendants*. | Civil Action No. 20-1493 (TJK) |

## ORDER

  For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motions to Dismiss for Lack of Jurisdiction, ECF Nos. 25; 39, are **GRANTED** and Plaintiff's Motion for Hearing, ECF No. 46, is **DENIED** as moot. This is a final appealable Order. The Clerk of Court is directed to close the case.

  **SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 24, 2021